PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamal Stewart                                Cr.: 05-CR-161

Name of Sentencing Judicial Officer: The Honorable C. Weston Houck(D/SC); re-assigned to the Honorable John C. Lifland on 03/09/06

Date of Original Sentence: 03/26/04; 05/11/04(Reduction of Sentence Pursuant to Rule 35(b))

Original Offense: Use of An Unauthorized Access Device

Original Sentence: Twenty-four(24) months; Twelve months and a day.

Type of Supervision: Supervised Release           Date Supervision Commenced: 10/28/04

Assistant U.S. Attorney: Pending Assignment        Defense Attorney: Pending Assignment

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On December 2, 2005, the offender was arrested by the Jersey City Police, and charged with the law violations of knowingly possessing a controlled substance, specifically 92 bags of heroin, possession of a controlled dangerous substance with intent to distribute, possession of a controlled dangerous substance near/on school property, possession of a controlled dangerous substance with intent to distribute within 500 feet of public property, aggravated assault, and resisting arrest.<br><br>On September 25, 2006, the offender plead guilty to possession of a controlled dangerous substance near/on school property with sentencing currently pending. |
| 2. | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'<br><br>The offender was in the State of Florida on March 16, 2007, without the permission of the probation office, as evidenced by his arrest by Florida authorities on the Hudson County warrant for failing to appear for sentencing. |

3.  The offender has violated the supervision condition which states ' **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

    The offender failed to submit monthly reports for the months of November 2005 through present.

4.  The offender has violated the supervision condition which states ' **You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

    On September 11, 2006, the offender admitted verbally, and in writing (Admission of Drug Use Form) to United States Probation Officer Andrea Shumsky that he used marijuana on September 5, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 03/29/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/29/07
Date